**Order filed, January 10, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00956-CR

———————

**PHILLIP BRANDON ADKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1766984**

### ORDER

The reporter's record in this case was due **December 12, 2012**. *See* Tex. R. App. P. 35.1. On December 20, 2012, this court granted the court reporters request for extension of time to file the record until January 9, 2013. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Ida Garcia**, the official court reporter, to file the record in this appeal **on or before 30 days. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Ida Garcia** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM